# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IVAN J. AYMAT,
    Plaintiff,

vs.                      CASE NO. 8:11-CIV-2508-T-17-TGW

STARDUST TRANSPORTATION, LLC., etc.,
    Defendant.
_____/

## ORDER OF ENTRY OF JUDGMENT

This cause is before the Court on the notice of acceptance of offer of judgment and for entry of judgment (Doc. 12). The Court finds the pleading well-taken and adopts it by reference herein. Accordingly, it is

**ORDERED** that the Clerk of Court is **directed** to enter judgment for the plaintiff in the amount of $3,000.00, inclusive or attorneys' fees and costs accrued to date and to close this case and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 7th day of February, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record