UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IVAN J. AYMAT,
    Plaintiff,

vs.                                  CASE NO. 8:11-CIV-2508-T-17-TGW

STARDUST TRANSPORTATION, LLC., etc.,
    Defendant.
_____/

**ORDER OF ENTRY OF JUDGMENT**

This cause is before the Court on the notice of acceptance of offer of judgment and for entry of judgment (Doc. 12). The Court finds the pleading well-taken and adopts it by reference herein. Accordingly, it is

**ORDERED** that the Clerk of Court is **directed** to enter judgment for the plaintiff in the amount of $3,000.00, inclusive or attorneys' fees and costs accrued to date and to close this case and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 7th day of February, 2012.



Copies to: All parties and counsel of record